# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5228**  **September Term, 2012**

1:12-cv-00929-EGS

Filed On: July 24, 2013 [1448297]

Trumpeter Swan Society, et al.,

    Appellants

  v.

Environmental Protection Agency, et al.,

    Appellees

### A M E N D E D   O R D E R

The notice of appeal was filed on July 22, 2013, and docketed in this court on July 24, 2013. This order amends the order previously filed this date to correctly caption intervenors as appellees with appropriate deadlines for filing the below documents. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 23, 2013 |
| Docketing Statement Form | August 23, 2013 |
| Entry of Appearance Form | August 23, 2013 |
| Procedural motions, if any | August 23, 2013 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 23, 2013 |
| Statement of Issues to be Raised | August 23, 2013 |
| Transcript Status Report | August 23, 2013 |
| Underlying Decision from Which Appeal or Petition Arises | August 23, 2013 |
| Dispositive Motions, if any (Original and 4 copies) | September 9, 2013 |

It is

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 23, 2013 |
| Entry of Appearance Form | August 23, 2013 |
| Procedural motions, if any | August 23, 2013 |
| Dispositive Motions, if any (Original and 4 copies) | September 9, 2013 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                             BY:    /s/
                                      Laura M. Chipley
                                      Deputy Clerk

The following forms and notices are available on the Court's [website:](website)

      [Civil Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)
      [Request to Enter Appellate Mediation Program](#)
      [Notice Concerning Expedition of Appeals and Petitions for Review](#)
      [Stipulation to be Placed in Stand-By Pool of Cases](#)