# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Trumpeter Swan Society

**v.**

EPA

**Case No:** 13-5228

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually.  Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)     ◉ Appellee(s)/Respondent(s)     ○ Intervenor(s)     ○ Amicus Curiae

Environmental Protection Agency

Gina McCarthy, Administrator, EPA

Names of Parties                              Names of Parties

### Counsel Information

Lead Counsel: Jennifer Scheller Neumann

Direct Phone: ( 202 )  514-2767  Fax: ( 202 )  353-1873   Email: jennifer.neumann@usdoj.gov

2nd Counsel:  David Gunter

Direct Phone: ( 202 )  514-3785  Fax: ( 202 )  353-1873   Email: david.gunter2@usdoj.gov

3rd Counsel:

Direct Phone: (___)  ___-___  Fax: (___)  ___-___   Email:

Firm Name: US Department of Justice, Environment and Natural Res. Div., Appellate Section

Firm Address: PO Box 7415, Washington, DC  20044

Firm Phone:  ( 202 )  514-2748  Fax: ( 202 )  353-1873   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**
**When All Case Participants are Registered for the**
**Appellate CM/ECF System**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on *August 5, 2013*.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 s/ Jennifer Scheller Neumann
JENNIFER SCHELLER NEUMANN
Environment & Natural Resources Div.
Department of Justice
P.O. Box 7415
Washington, D.C.  20044-7415
(202) 514-2767
jennifer.neumann@usdoj.gov