# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Trumpeter Swan Society, et al.

**v.**  **Case No:** 13-5228

Environmental Protection Agency, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ● Intervenor(s)   ○ Amicus Curiae

National Shooting Sports Foundation, Inc.

Names of Parties                              Names of Parties

### Counsel Information

**Lead Counsel:** Roger R. Martella, Jr.

**Direct Phone:** (202) 736-8000  **Fax:** (202) 736-8711  **Email:** rmartella@sidley.com

**2nd Counsel:** Christopher L. Bell

**Direct Phone:** (713) 495-4500  **Fax:** (713) 495-7799  **Email:** cbell@sidley.com

**3rd Counsel:**

**Direct Phone:** ( )   **Fax:** ( )   **Email:**

**Firm Name:** Sidley Austin LLP

**Firm Address:** 1501 K Street, NW, Washington, DC 20005

**Firm Phone:** (202) 736-8000  **Fax:** (202) 736-8711  **Email:** rmartella@sidley.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on August 12, 2013. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                                  /s/ Christopher L. Bell
                                                  Christopher L. Bell