# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Trumpeter Swan Society, et al.

v.

Environmental Protection Agency, et al.

**Case No:** 13-5228

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ● Intervenor(s)   ○ Amicus Curiae

Safari Club International

Names of Parties                                                   Names of Parties

### Counsel Information

Lead Counsel: Anna M. Seidman

Direct Phone: (202) 543-8733   Fax: (202) 543-1205   Email: aseidman@safariclub.org

2nd Counsel:

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

3rd Counsel:

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

Firm Name: Safari Club International

Firm Address: 501 2nd Street NE, Washington DC 20002-4916

Firm Phone: (202) 543-8733   Fax: (202) 543-1205   Email: aseidman@safariclub.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on August 19, 2013. Participants in the case who are registers CM/ECF users will be served by the appellate CM/ECF system.

/s/ Anna M. Seidman
Anna M. Seidman