# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Trumpeter Swan Society, et al.

**v.**  **Case No:** 13-5228

Environmental Protection Agency, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☐ Appellant(s)/Petitioner(s)   ☐ Appellee(s)/Respondent(s)   ☒ Intervenor(s)   ☐ Amicus Curiae

Association of Battery Recyclers, Inc.

Names of Parties | Names of Parties

### Counsel Information

**Lead Counsel:** Robert N. Steinwurtzel
**Direct Phone:** (202) 861-1708  **Fax:** (202) 861-1783  **Email:** rsteinwurtzel@bakerlaw.com

**2nd Counsel:** Michael S. Snarr
**Direct Phone:** (202) 861-1710  **Fax:** (202) 861-1783  **Email:** msnarr@bakerlaw.com

**3rd Counsel:** Thomas Edward Hogan
**Direct Phone:** (202) 861-1577  **Fax:** (202) 861-1783  **Email:** thogan@bakerlaw.com

**Firm Name:** Baker Hostetler
**Firm Address:** 1050 Connecticut Avenue, NW
**Firm Phone:** (202) 861-1500  **Fax:** (202) 861-1783  **Email:** msnarr@bakerlaw.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on August 21, 2013. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

                                                    /s/ Michael S. Snarr
                                                    Michael S. Snarr