Case No. 13-5228

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

### TRUMPETER SWAN SOCIETY, et al.
### Appellants,

## v.

### ENVIRONMENTAL PROTECTION AGENCY, et al.
### Appellees

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

William J. Snape, III (DC Bar No. 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Telephone: 202-536-9351
Facsimile: 415-436-9683
billsnape@earthlink.net

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for Plaintiffs-Appellants hereby certify as follows:

## (A)    Parties, Intervenors, and Amici

The parties, intervenors, and amici appearing before the District Court and all persons who are parties, intervenors, or amici before this Court are as follows:

Appellants:

Trumpeter Swan Society

Cascades Raptor Center

Center for Biological Diversity

Loon Lake Loon Association

Preserve Our Wildlife Organization

Tennessee Ornithological Society

Western Nebraska Resources Council

Appellees (Defendants):

Environmental Protection Agency

Lisa P. Jackson

Appellees (Intervenors):

National Shooting Sports Foundation, Inc.

Association of Battery Recyclers, Inc.

National Rifle Association of America

Safari Club International

**(B)** **Ruling under Review**

The ruling under review is the July 22, 2013, Order by the District Court for the District of Columbia (J. Sullivan) in Civil Action 1:12-cv-00929-EGS, granting Defendants' and Intervenors' motions to dismiss the amended complaint and dismissing Plaintiffs' amended complaint.

**(C)** **Related Cases**

The case under review was not previously before this Court or any other court (other than the district court from which it is appealed) and  the undersigned counsel are not aware of any related cases pending in this Court or any other court.


DATED: August 22, 2013            BY: ___/s/_____
                                                    William J. Snape III