# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Trumpeter Swan Society, et al.

v.   **Case No:** 13-5228

Environmental Protection Agency, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☐ Appellant(s)/Petitioner(s)   ☐ Appellee(s)/Respondent(s)   ☒ Intervenor(s)   ☐ Amicus Curiae

National Rifle Association of America

Names of Parties                                   Names of Parties

### Counsel Information

Lead Counsel: Christopher A. Conte

Direct Phone: (703) 267-1166  Fax: ( ) -   Email: cconte@nrahq.org

2nd Counsel:

Direct Phone: ( ) -  Fax: ( ) -   Email:

3rd Counsel:

Direct Phone: ( ) -  Fax: ( ) -   Email:

Firm Name: National Rifle Association of America

Firm Address: 11250 Waples Mill Road Fairfax VA 22030

Firm Phone: (703) 267-1166  Fax: ( ) -   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# Certificate of Service

I herby certify that I filed the forgoing document with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on August 22, 2013. Participants in the case who registered CM/ECF users will be served via the appellate CM/ECF system.

/s/
Christopher A. Conte
D.C. Bar # 430480
NRA/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
cconte@nrahq.org
*Attorney for*
*National Rifle Association of America*