Case No. 13-5228

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**TRUMPETER SWAN SOCIETY, et al.**
**Appellants,**

v.

**ENVIRONMENTAL PROTECTION AGENCY, et al.**
**Appellees**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## STATEMENT OF ISSUES TO BE RAISED

William J. Snape, III (DC Bar No. 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Telephone: 202-536-9351
Facsimile: 415-436-9683
billsnape@earthlink.net

# STATEMENT OF ISSUES TO BE RAISED

The issues to be raised in this Appeal are as follows:

Did the District Court err in determining that it lacked subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) to hear Plaintiffs' action? Specifically:

1) Did the Environmental Protection Agency violate the Administrative Procedure Act in its response to Plaintiffs' petition for rulemaking?

2) Did the Environmental Protection Agency abuse its discretion in deciding that Plaintiffs' petition for rulemaking under the Toxic Substances Control Act was "substantially the same" as a previously submitted petition, and therefore neither granting the petition nor denying it?

    a) In deciding that Plaintiffs' petition was "substantially the same," did the Environmental Protection Agency apply a standard in excess of that established by the Toxic Substances Control Act and/or the Administrative Procedure Act?

    b) Was Plaintiffs' petition "substantially the same" as the previously-submitted petition?

3) Did the Environmental Protection Agency violate the plain language of the Toxic Substances Control Act in its response to Plaintiffs' petition for rulemaking?

DATED: August 22, 2013        BY: __/s/_____
                                          William J. Snape III