# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Trumpeter Swan Society, et al.

**v.**  **Case No:** 13-5228

Environmental Protection Agency, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)  ( ) Appellee(s)/Respondent(s)  ( ) Intervenor(s)  ( ) Amicus Curiae

| Names of Parties | Names of Parties |
|---|---|
| Trumpeter Swan Society | Preserve Our Wildlife Organization |
| Cascades Raptor Center | Tennessee Ornithological Society |
| Center for Biological Diversity | Western Nebraska Resources Council |
| Loon Lake Loon Association | |

### Counsel Information

**Lead Counsel:** William J. Snape III

**Direct Phone:** (202) 536-9351  **Fax:** (415) 436-9683  **Email:** billsnape@earthlink.net

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Center for Biological Diversity

**Firm Address:** 5268 Watson St., NW, Washington DC 20016

**Firm Phone:** (202) 536-9351  **Fax:** (415) 436-9683  **Email:** billsnape@earthlink.net

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)