**Case No. 13-5228**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**TRUMPETER SWAN SOCIETY, et al.**
**Appellants,**

**v.**

**ENVIRONMENTAL PROTECTION AGENCY, et al.**
**Appellees**

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**UNDERLYING DECISION FROM WHICH APPEAL OR PETITION ARISES**

---

William J. Snape, III (DC Bar No. 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Telephone: 202-536-9351
Facsimile: 415-436-9683
billsnape@earthlink.net

## UNDERLYING DECISION FROM WHICH APPEAL OR PETITION ARISES

The underlying decision from which this appeal arises is the July 22, 2013, Order by the District Court for the District of Columbia (J. Sullivan) in Civil Action 1:12-cv-00929-EGS, granting Defendants' and Intervenors' motions to dismiss the amended complaint and dismissing Plaintiffs' amended complaint. The Order is attached herewith as Exhibit A.

DATED: August 22, 2013 BY: __/s/__________________________

William J. Snape III

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE TRUMPETER SWAN SOCIETY, et. al

Plaintiffs,

v.

ENVIRONMENTAL PROTECTION AGENCY and LISA P. JACKSON

Defendants,

and

NATIONAL SHOOTING SPORTS FOUNDATION, INC., ASSOCIATION OF BATTERY RECYCLERS, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, and SAFARI CLUB INTERNATIONAL,

Intervenor-Defendants.

Civil Action No. 12-929 (EGS)

**ORDER**

For the reasons stated on the record during a hearing held on May 23, 2013, it is by the Court hereby

**ORDERED** that defendant's and defendant intervenors' motions to dismiss the amended complaint are hereby **GRANTED** and plaintiffs' amended complaint is hereby **DISMISSED.**

**SO ORDERED.**

**Signed: Emmet G. Sullivan**
**United States District Judge**
**July 22, 2013**