Case No. 13-5228

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**TRUMPETER SWAN SOCIETY, et al.
Appellants,**

v.

**ENVIRONMENTAL PROTECTION AGENCY, et al.
Appellees**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CERTIFICATE OF SERVICE**

William J. Snape, III (DC Bar No. 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Telephone: 202-536-9351
Facsimile: 415-436-9683
billsnape@earthlink.net

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2013, I electronically transmitted the documents described below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants listed below:

**Certificate as to Parties, Rulings, and Related Cases**
**Docketing Statement Form**
**Entry of Appearance Form**
**Statement of Issues to be Raised**
**Transcript Status Report**
**Underlying Decision from Which Appeal Arises**

**For Defendants Environmental Protection Agency and Lisa P. Jackson:**

Justin Heminger
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
202-514-2689
justin.heminger@usdoj.gov

**For Intervenor-Defendants National Shooting Sports Foundation, Inc.:**

| | |
|---|---|
| Roger R. Martella, Jr. | Christopher L. Bell |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 1501 K Street, NW | 600 Travis Street, Suite 3100 |
| Washington, DC 20005 | Houston, TX 77002 |
| 202-736-8097 | (713) 315-9008 |
| rmartella@sidley.com | cbell@sidley.com |

**For Intervenor-Defendants American Battery Recyclers:**

Michael Steven Snarr
BAKER & HOSTETLER LLP
1050 Connecticut Ave, NW
Suite 1100
Washington, DC 20036
(202) 861-1710
msnarr@bakerlaw.com

Thomas Edward Hogan
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20004-2401
(202) 861-1577
thogan@bakerlaw.com

Robert N. Steinwurtzel
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
(202) 861-1708
rsteinwurtzel@bakerlaw.com

**For Intervenor-Defendants Safari Club International and National Rifle Association, Inc.**

Anna Margo Seidman
SAFARI CLUB INT'L
501 Second Street, NE
Washington, DC 20002
(202) 543-8733
aseidman@safariclub.org

DATED: August 22, 2013         BY: __/s/_____
                                      William J. Snape III