No. 13-5228

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

TRUMPETER SWAN SOCIETY, et al.

*Plaintiffs–Appellants*,

v.

ENVIRONMENTAL PROTECTION AGENCY, et al.

*Defendants–Appellees*,

Appeal from the United States District Court
for the District of Columbia, No. 12-929
(Hon. Emmet G. Sullivan)

**FEDERAL DEFENDANTS-APPELLEES' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

ROBERT G. DREHER
*Acting Assistant Attorney General*

JENNIFER SCHELLER NEUMANN
Environment & Natural Resources Div.
United States Department of Justice
P.O. Box 7415
Washington, DC 20044
(202) 514-2767
jennifer.neumann@usdoj.gov

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for the Federal Defendants-Appellees hereby certifies as follows:

## A. Parties, Intervenors, and Amici

The parties, intervenors, and amici appearing before the District Court and in this Court are:

Trumpeter Swan Society

Cascades Raptor Center

Center for Biological Diversity

Loon Lake Loon Association

Preserve Our Wildlife Organization

Tennessee Ornithological Society

Western Nebraska Resources Council

Environmental Protection Agency

Lisa P. Jackson, Administrator, Environmental Protection Agency

Gina McCarthy, Administrator, Environmental Protection Agency

National Shooting Sports Foundation, Inc.

Association of Battery Recyclers, Inc.

National Rifle Association of America

Safari Club International

**B. Ruling under Review**

The ruling under review is the July 22, 2013 Order by the District Court for the District of Columbia granting defendants' and defendant-intervenors' motions to dismiss the amended complaint and dismissing plaintiffs' amended complaint for the reasons stated on the record during a hearing held on May 23, 2013.

**C. Related Cases**

This case was not previously before this Court or any other court except for the District Court for the District of Columbia from which this appeal was taken. Counsel for the Federal Defendants-Appellees is not aware of any related cases pending in this Court or any other court.

ROBERT G. DREHER
Acting Assistant Attorney General

s/ Jennifer S. Neumann
JENNIFER SCHELLER NEUMANN
Environment & Natural Resources Div.
United States Department of Justice
P.O. Box 7415
Washington, DC 20044
(202) 514-2767
jennifer.neumann@usdoj.gov

# CERTIFICATE OF SERVICE
## When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on *August 23, 2013*.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

   s/ Jennifer Scheller Neumann
JENNIFER SCHELLER NEUMANN
Environment & Natural Resources Div.
Department of Justice
P.O. Box 7415
Washington, D.C. 20044-7415
(202) 514-2767
jennifer.neumann@usdoj.gov