Case No. 13-5228

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**TRUMPETER SWAN SOCIETY, et al.**
**Appellants,**

v.

**ENVIRONMENTAL PROTECTION AGENCY, et al.**
**Appellees**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# AMENDED CERTIFICATE OF SERVICE

William J. Snape, III (DC Bar No. 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Telephone: 202-536-9351
Facsimile: 415-436-9683
billsnape@earthlink.net

# AMENDED CERTIFICATE OF SERVICE

This Amended Certificate is meant to amend with updated service information the certificate filed on August 22, 2013 (Docket #1453079).

I hereby certify that on August 22, 2013, I electronically transmitted the documents described below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants listed below.

**Certificate as to Parties, Rulings, and Related Cases**
**Docketing Statement Form**
**Entry of Appearance Form**
**Statement of Issues to be Raised**
**Transcript Status Report**
**Underlying Decision from Which Appeal Arises**

**For Appellees Environmental Protection Agency and Lisa P. Jackson:**
Jennifer Scheller Neumann
Jennifer.neumann@usdoj.gov
efile_app.enrd@usdoj.gov

John David Gunter, II
David.Gunter2@usdoj.gov
efile_eds.enrd@usdoj.gov

**For Appellees National Shooting Sports Foundation, Inc.:**
Roger R. Martella, Jr.
rmartella@sidley.com

Christopher L. Bell
cbell@sidley.com

**For Appellees American Battery Recyclers:**
Michael Steven Snarr
msnarr@bakerlaw.com

Robert N. Steinwurtzel
rsteinwurtzel@bakerlaw.com

**For Appellees Safari Club International and National Rifle Association, Inc.**
Anna Margo Seidman
aseidman@safariclub.org


DATED: August 23, 2013    BY: __/s/_____
                                              William J. Snape III