Case No. 13-5228

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**TRUMPETER SWAN SOCIETY, et al.**
**Appellants,**

v.

**ENVIRONMENTAL PROTECTION AGENCY, et al.**
**Appellees**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**STATEMENT OF INTENT TO UTILIZE DEFFERED JOINT APPENDIX**

William J. Snape, III (DC Bar No. 455266)
CENTER FOR BIOLOGICAL DIVERSITY
5268 Watson Street, NW
Washington, DC 20016
Telephone: 202-536-9351
Facsimile: 415-436-9683
billsnape@earthlink.net

# STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Pursuant to Fed. R. App. P. 30(c), D.C. Circuit Rule 30(c), and the Clerk's Amended Order, Appellants Trumpeter Swan Society et al. state that they intend to utilize a deferred joint appendix.

Counsel for Appellants has not yet confirmed that all other parties wish to proceed with a deferred joint appendix; if after such consultation is completed the parties wish to proceed with another mechanism for preparation of the appendix, Appellants shall so inform the Court.

DATED: August 23, 2013         BY: ____/s/_____
                                    William J. Snape III

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2013, I electronically transmitted the documents described below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants listed below:

**Statement of Intent to Utilize Deferred Joint Appendix**

**For Appellees Environmental Protection Agency and Lisa P. Jackson:**

| Jennifer Scheller Neumann | John David Gunter, II |
| Jennifer.neumann@usdoj.gov | David.Gunter2@usdoj.gov |
| efile_app.enrd@usdoj.gov | efile_eds.enrd@usdoj.gov |

**For Appellees National Shooting Sports Foundation, Inc.:**

Roger R. Martella, Jr.  Christopher L. Bell
rmartella@sidley.com  cbell@sidley.com

**For Appellees American Battery Recyclers:**

Michael Steven Snarr  Robert N. Steinwurtzel
msnarr@bakerlaw.com  rsteinwurtzel@bakerlaw.com

**For Appellees Safari Club International and National Rifle Association, Inc.**

Anna Margo Seidman  Christopher A. Conte
aseidman@safariclub.org  cconte@nrahq.org

DATED: August 23, 2013    BY: __/s/_____
                                                  William J. Snape III