# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| **THE TRUMPETER SWAN SOCIETY,** **CASCADES RAPTOR CENTER,** **CENTER FOR BIOLOGICAL DIVERSITY,** **LOON LAKE LOON ASSOCIATION,** **PRESERVE OUR WILDLIFE ORGANIZATION,** **TENNESSEE ORNITHOLOGICAL SOCIETY,** and **WESTERN NEBRASKA RESOURCES COUNCIL,** Appellants, v. **ENVIRONMENTAL PROTECTION AGENCY** and **REGINA MCCARTHY, Administrator,** **U.S. Environmental Protection Agency,** Appellees, and **NATIONAL SHOOTING SPORTS FOUNDATION, INC., ASSOCIATION OF BATTERY RECYCLERS, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA,** and **SAFARI CLUB INTERNATIONAL,** Intervenor-Appellees. | No. 13-5228 |

# INTERVENOR-APPELLEES' JOINT CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES[1]

1. <u>Parties</u>

The Trumpeter Swan Society, Cascades Raptor Center, Center for Biological Diversity, Loon Lake Loon Association, Preserve Our Wildlife Organization, Tennessee Ornithological Society, and Western Nebraska Resources Council were plaintiffs before the district court and appear as appellants before this Court.

United States Environmental Protection Agency ("EPA") and the EPA Administrator Lisa P. Jackson (now Regina McCarthy) were defendants before the district court and appear as appellees before this Court.

National Shooting Sports Foundation, Inc., Association of Battery Recyclers, Inc., National Rifle Association of America, and Safari Club International were intervenor-defendants before the district court and appear as intervenor-appellees before this Court.

2. <u>Ruling Under Review</u>

The ruling under review is the July 22, 2013 order of the District Court for the District of Columbia (J. Sullivan) in Civil Action No. 12-929

---

[1] Although all Intervenor-Appellees are filing this certificate jointly, they each continue to participate independently as parties and reserve the right to each file independent appellee briefs in this matter.

(EGS), granting Defendants' and Intervenor-Defendants' motions to dismiss Plaintiffs' amended complaint (Docket #44).

3. Related Cases

Undersigned counsel are not aware of any related cases pending in this Court or any other Court.

Respectfully submitted on behalf of Intervenor-Appellees,

/s/ Anna M. Seidman
Anna M. Seidman
D.C. Bar # 417091
Safari Club International
501 2nd St. NE
Washington DC 20002
Telephone: (202) 543-8733
Facsimile: (202)-543-1205
aseidman@safariclub.org
Attorney for Intervenor-Appellee
Safari Club International

/s/ Christopher A. Conte
Christopher A. Conte
D.C. Bar # 430480
NRA/ILA
11250 Waples Mill Rd., 5N
Fairfax, VA 22030
Telephone: (703) 267-1166
cconte@nrahq.org
Attorney for Intervenor-Appellee
National Rifle Association of America

/s/ Roger R. Martella
Roger R. Martella, Jr. (Bar No. 976771)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)
Christopher L. Bell (Bar No. 412857)
SIDLEY AUSTIN LLP
1000 Louisiana Street, Suite 6000
Houston, TX 77002
(713) 495-4508
(713) 495-7799 (fax)
Attorneys for Appellee-Intervenor
NATIONAL SHOOTING SPORTS
FOUNDATION, INC.
Of Counsel
Lawrence G. Keane
General Counsel
National Shooting Sports Foundation
11 Mile Hill Road
Newtown, CT 06470-2359
(203) 426-1320


/s/ Michael S. Snarr
Robert N. Steinwurtzel (D.C. Bar No. 256743) Michael S. Snarr  (D.C. Bar No. 474719) Thomas E. Hogan (D.C. Bar No. 492003)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Washington D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
msnarr@bakerlaw.com
Counsel for Intervenor-Appellee
Association of Battery Recyclers, Inc.

Dated: August 23, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2013, I electronically filed the foregoing Intervenor-Appellees' Joint Certificate as to Parties, Rulings, and Related Cases using the CM/ECF system which will send notification of this filing to all attorneys of record.

/s/ Anna M. Seidman
Anna M. Seidman
D.C. Bar # 417091
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202)-543-8733
Facsimile: (202)-543-1205
aseidman@safariclub.org
Attorney for Defendant-Intervenor
Safari Club International