# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Trumpeter Swan Society, et al.

**v.**  **Case No:** 13-5228

Environmental Protection Agency, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- (●) Appellant(s)/Petitioner(s)
- ( ) Appellee(s)/Respondent(s)
- ( ) Intervenor(s)
- ( ) Amicus Curiae

| Names of Parties | Names of Parties |
|---|---|
| Trumpeter Swan Society | Preserve Our Wildlife Organization |
| Cascades Raptor Center | Tennessee Ornithological Society |
| Center for Biological Diversity | Western Nebraska Resources Council |
| Loon Lake Loon Association | |

### Counsel Information

**Lead Counsel:** William J. Snape III
Direct Phone: (202) 536-9351  Fax: (415) 436-9683  Email: billsnape@earthlink.net

**2nd Counsel:** Adam Keats
Direct Phone: (415) 632-5304  Fax: (415) 436-9683  Email: akeats@biologicaldiversity.org

**3rd Counsel:**
Direct Phone: ( ) -  Fax: ( ) -  Email:

**Firm Name:** Center for Biological Diversity
**Firm Address:** 351 California St., Suite 600
**Firm Phone:** (415) 436-9682  Fax: (415) 436-9683  Email: akeats@biologicaldiversity.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2013, I electronically transmitted the documents described below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants listed below.

**Entry of Appearance**

**For Appellees Environmental Protection Agency and Lisa P. Jackson:**
Jennifer Scheller Neumann             John David Gunter, II
Jennifer.neumann@usdoj.gov            David.Gunter2@usdoj.gov
efile_app.enrd@usdoj.gov              efile_eds.enrd@usdoj.gov

**For Appellees National Shooting Sports Foundation, Inc.:**
Roger R. Martella, Jr.                Christopher L. Bell
rmartella@sidley.com                  cbell@sidley.com

**For Appellees American Battery Recyclers:**
Michael Steven Snarr                  Robert N. Steinwurtzel
msnarr@bakerlaw.com                   rsteinwurtzel@bakerlaw.com

**For Appellees Safari Club International and National Rifle Association, Inc.**
Anna Margo Seidman
aseidman@safariclub.org


DATED: September 3, 2013         BY: ___/s/_____
                                        Adam Keats