No. 13-5228　　　　　　　　　　　　　　　September Term, 2013

1:12-cv-00929-EGS

Filed On: September 20, 2013

Trumpeter Swan Society, et al.,

      Appellants

  v.

Environmental Protection Agency, et al.,

      Appellees

**O R D E R**

It appearing that this case presents potential problems of duplicative briefing, it is

**ORDERED**, on the court's own motion, that intervenor-appellees show cause by October 11. 2013, why they should not be limited to one joint brief, not to exceed 8,750 words.

The parties may suggest an alternative briefing format to reduce the number of pages submitted to the court. In so doing, the parties should keep in mind that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                                                      FOR THE COURT:
                                                      Mark J. Langer, Clerk

                                  BY:    /s/
                                            Timothy A. Ralls
                                            Deputy Clerk