# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-5228                                       September Term, 2013

1:12-cv-00929-EGS

Filed On: October 15, 2013 [1461338]

Trumpeter Swan Society, et al.,

        Appellants

    v.

Environmental Protection Agency, et al.,

        Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---:|
| Appellants' Brief | November 29, 2013 |
| Appellees' Brief | December 30, 2013 |
| Intervenors-Appellees' Brief | January 14, 2014 |
| Appellants' Reply Brief | January 28, 2014 |
| Deferred Appendix | February 4, 2014 |
| Final Briefs | February 18, 2014 |

All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

                                                                        **FOR THE COURT:**
                                                                        Mark J. Langer, Clerk

                                       BY:    /s/
                                                           Michael C. McGrail
                                                          Deputy Clerk