IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TRUMPETER SWAN SOCIETY, et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION<br>  AGENCY, et al.,<br><br>Defendants-Appellees,<br><br>and<br><br>ASSOCIATION OF BATTERY<br>RECYCLERS, et al.,<br><br>Intervenors-Appellees. | No. 13-5228 |

**UNOPPOSED MOTION FOR 35-DAY EXTENSION OF TIME
TO FILE RESPONSE BRIEFS**

The Federal defendants-appellees (the Environmental Protection

Agency and Gina McCarthy, Administrator of the Environmental

Protection Agency) and Intervenor-Appellee Safari Club International

respectfully move pursuant to Fed. R. App. P. 26(b) for a 35-day extension

of time for the appellees to file their response briefs for the reasons set forth below. The Federal appellees' response brief is currently due on Monday, December 30, 2013, and would be due on Monday, February 3, 2014, on the proposed schedule. The response briefs of the Intervenors-Appellees are currently due on January 14, 2014, and would be due on Tuesday, February 18, 2014 (Monday, February 17, 2014, is Presidents' Day). No party has previously sought an extension of the briefing schedule in this matter.

Jennifer Neumann is an attorney in the Appellate Section of the Environment and Natural Resources Division of the Department of Justice and is the primary attorney representing the Federal defendants in this appeal. Ms. Neumann has a response brief due on Monday, December 23, 2013, in another appeal, *Coalition for the Advancement of Regional Transportation*, Sixth Cir. No. 13-6214. Ms. Neumann is also a law clerk coordinator for the Environment and Natural Resources Division and must spend considerable time in December and January reviewing law clerk applications and conducting interviews for the Division's summer law clerk hiring. Moreover, Ms. Neumann has pre-existing plans to be out of

the office for 8 days at the end of the year to visit family for the holidays. Finally, key EPA personnel who will be responsible for assisting Ms. Neumann in preparing the government's brief and for approving the government's brief before it is filed will be out of the office for approximately two weeks around the New Year.  Accordingly, the Federal-appellees need additional time to prepare and file their response brief in this matter, to and including Monday, February 3, 2014.

    Anna Seidman is the Director of Litigation for intervenor-appellee Safari Club International (SCI) and the primary attorney representing SCI in this appeal.  Ms. Seidman's father was admitted to a hospital in Massachusetts last week and she anticipates making several trips to Massachusetts in the coming weeks to help him settle into a nursing home and to assist her mother in making the transition to living alone.  In addition, Ms. Seidman will be attending SCI's conference in Reno, Nevada, from February 3 through February 9, 2014, at which she will be responsible for coordinating and hosting SCI's annual Wildlife Law Continuing Legal Education Course for lawyers.  Ms Seidman is lead counsel for SCI in

3

*Humane Society of the U.S. v. Jewell*, D.D.C. No. 13-186, and her final reply brief in support of her client's cross motion for summary judgment in that matter is due on February 12, 2014. With the recent unexpected responsibilities attendant to her parents' health and other concerns, Ms. Seidman requests the additional 35 days to fulfill all of her personal and professional commitments. Accordingly, SCI requests an extension until Tuesday, February 18, 2014, to prepare and file its response brief in this matter.

We request that the brief deadline for the other intervenor-appellees also be extended 35 days to preserve the simultaneous filing those briefs provided in the current schedule.

William Snape, counsel for plaintiffs-appellants, indicated to Ms. Neumann that he does not oppose this motion.

Counsel for each of the other Intervenors-Appellees (Michael Snarr for the Association of Battery Recyclers; Christopher Conte, through James Baranowski, for the National Rifle Association of America; and Christopher

Bell for the National Shooting Sports Foundation, Inc.) also indicated to Ms. Neumann that they do not oppose this motion.

                                      Respectfully submitted,

                                      /s/ **Jennifer S. Neumann**
                                      JENNIFER SCHELLER NEUMANN
                                      (202) 514-2767
                                          Attorney, Appellate Section,
                                          Environment and Natural Res. Div.
                                          U.S. Department of Justice
                                          P.O. Box 7415
                                          Washington, DC  20044
                                          jennifer.neumann@usdoj.gov

                                      /s/ **JSN with permission for:**
                                      ANNA M. SEIDMAN
                                      202-543-8733
                                        Director of Litigation
                                        Safari Club International
                                        501 2nd Street NE
                                        Washington, D.C.  20002
                                        aseidman@safariclub.org

DECEMBER 15, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2013, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    /s/ Jennifer S. Neumann
JENNIFER SCHELLER NEUMANN
(202) 514-2767
  Attorney, Appellate Section,
  Environment and Natural Res. Div.
  U.S. Department of Justice
  P.O. Box 7415
  Washington, DC  20044
  jennifer.neumann@usdoj.gov