**No. 13-5228**  September Term, 2013
1:12-cv-00929-EGS
Filed On: December 17, 2013 [1470904]

Trumpeter Swan Society, et al.,

    Appellants

    v.

Environmental Protection Agency, et al.,

    Appellees

## O R D E R

Upon consideration of federal-appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | February 3, 2014 |
| Intervenor-Appellees' Brief | February 18, 2014 |
| Appellants' Reply Brief | March 4, 2014 |
| Deferred Appendix | March 11, 2014 |
| Final Briefs | March 25, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Michael C. McGrail
     Deputy Clerk