ORAL ARGUMENT NOT YET SCHEDULED

Case No. 13-5228

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**TRUMPETER SWAN SOCIETY, et al.**
**Appellants,**

v.

**ENVIRONMENTAL PROTECTION AGENCY, et al.**
**Appellees**

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME
## TO FILE REPLY BRIEF AND DEFERRED APPENDIX

William J. Snape, III
   (DC Bar No. 455266)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street NW, Suite 1300
Washington, DC 20005
Telephone: 202-536-9351
Facsimile: 415-436-9683
billsnape@earthlink.net

Adam F. Keats (CA Bar No. 191157)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: 415-436-9682 x304
Facsimile: 415-436-9683
akeats@biologicaldiversity.org

Dated: February 18, 2014

# UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME
# TO FILE REPLY BRIEF AND DEFERRED APPENDIX

Appellants Trumpeter Swan Society, et al. respectfully move pursuant to Fed. R. App. P. 26(b) for a 14-day extension of time for Appellants to file their reply brief and deferred appendix for the reasons discussed below. Counsel for Federal Appellees and Intervenor-Appellees were contacted and all have indicated their non-opposition to Appellants' Motion.

Appellants' reply brief is currently due on Tuesday, March 4, 2014, and their deferred appendix is currently due Tuesday, March 11, 2014. Under the proposed schedule Appellants' reply brief would be due on March 18, 2014, and the deferred appendix would be due on March 25, 2014.

Federal Appellees and Intervenor-Appellee Safari Club previously sought, and been granted by this Court, a 35-day extension to their deadline for submitting their responsive briefs. Appellants did not oppose that request.

Counsel for Appellants Adam Keats was called away from work from February 11, 2014, through February 14, 2014, due to the sudden death of a family friend. Mr. Keats also has a vacation scheduled for February 28, 2014 through March 8, 2014. In addition to drafting the reply brief, Mr. Keats will be primarily responsible for working with staff to assemble and file the deferred appendix.

Counsel for Appellants William Snape is responsible for detailed rulemaking comments to the Department of Energy that are due on February 28, 2014; detailed rulemaking comments to the Environmental Protection Agency that are due on March 10, 2014; substantive pleadings in federal district court that must be filed the week of March 3, 2014; and has all-day meetings scheduled for February 26, 27, and March 7, 2014.

Based on the above cause, Appellants respectfully ask this Court to grant a 14-day extension to the current deadline for filing their reply brief and a 14-day extension to the current deadline for filing their joint deferred appendix.


DATED: February 18, 2014          BY: __/s/_____
                                          Adam Keats
                                          Attorney for Appellants

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2014, I electronically transmitted the documents described below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants listed below.

**Motion for 14-day Extension of Time to File Reply Brief**

**For Appellees Environmental Protection Agency and Lisa P. Jackson:**
Jennifer Scheller Neumann
Jennifer.neumann@usdoj.gov
efile_app.enrd@usdoj.gov

John David Gunter, II
David.Gunter2@usdoj.gov
efile_eds.enrd@usdoj.gov

**For Appellees National Shooting Sports Foundation, Inc.:**
Roger R. Martella, Jr.
rmartella@sidley.com

Christopher L. Bell
cbell@sidley.com

**For Appellees American Battery Recyclers:**
Michael Steven Snarr
msnarr@bakerlaw.com

Robert N. Steinwurtzel
rsteinwurtzel@bakerlaw.com

**For Appellees Safari Club International and National Rifle Association, Inc.**

Anna Margo Seidman
aseidman@safariclub.org


DATED: February 18, 2014          BY: __/s/_____

                                              Adam Keats