# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-5228　　　　　　　　　　　　　　　　September Term, 2013

1:12-cv-00929-EGS

Filed On: February 20, 2014 [1480745]

Trumpeter Swan Society, et al.,

    Appellants

  v.

Environmental Protection Agency, et al.,

    Appellees

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the reply brief and deferred appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Reply Brief | March 18, 2014 |
| Deferred Appendix | March 25, 2014 |
| Final Briefs | April 8, 2014 |

                                   FOR THE COURT:
                                   Mark J. Langer, Clerk

                  BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk