ORAL ARGUMENT NOT YET SCHEDULED

Case No. 13-5228

---

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**TRUMPETER SWAN SOCIETY, et al.
Appellants,**

v.

**ENVIRONMENTAL PROTECTION AGENCY, et al.
Appellees**

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**NOTICE OF ERRATA TO REPLY BRIEF OF APPELLANTS**

---

William J. Snape, III
   (DC Bar No. 455266)
CENTER FOR BIOLOGICAL
DIVERSITY
1411 K Street NW, Suite 1300
Washington, DC 20005
Telephone: 202-536-9351
Facsimile: 415-436-9683
billsnape@earthlink.net

Adam F. Keats (CA Bar No. 191157)
CENTER FOR BIOLOGICAL
DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: 415-436-9682 x304
Facsimile: 415-436-9683
akeats@biologicaldiversity.org

Dated: March 19, 2014

# NOTICE OF ERRATA

Appellants failed to indicate the authorities they principally relied on in their Reply Brief. A corrected Table of Authorities, denoting with asterisks the authorities principally relied on by Appellants, is included here as Exhibit A, and the corrections will be made in Appellants' Final Brief.

DATED: March 19, 2014        BY: __/s/_____
                                 Adam Keats
                                 Attorney for Appellants

# EXHIBIT A

# TABLE OF AUTHORITIES

**CASES**

*   *Doe v. United States*
    821 F.2d 694 (D.C. Cir. 1987) .................................................................. 5, 6, 11
*   *Environmental Defense Fund v. Reilly*
    (1990), 909 F.2d 1497 ................................................................................. 5
*ICC v. Brotherhood of Locomotive Eng'rs*
    482 U.S. 270 (1987) ................................................................................ 5, 14
*Kappos v. Hyatt*
    566 U.S. ___, 132 S. Ct. 1690 (2012) ........................................................ 15
*Nat'l Bank of Davis v. Office of Comptroller of Currency*
    725 F.2d 1390 (1984) ................................................................................. 6
Southwestern Bell Tel. Co. v. FCC
    180 F.3d 307 (D.C. Cir. 1999) ................................................................... 6
*   *Taylor v. Sturgell*
    553 U.S. 880 (2008) .................................................................................. 8
*United States v. First City Nat'l Bank*
    386 U.S. 361 (1967) ............................................................................... 5, 7
*Walker v. EPA*
    802 F.Supp.1568 (S.D. Texas 1992) ..................................................... 9, 13

**STATUTES**

12 U.S.C. § 1818(h)(2) ...................................................................................... 6
15 U.S.C. § 2620(b)(4) ........................................................................... 4, 5, 7, 9
28 U.S.C. § 2344 ................................................................................................ 5
5. U.S.C. § 701 ................................................................................................... 6

**Authorities upon which we chiefly rely are marked with asterisks.**

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2014, I electronically transmitted the documents described below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants listed below.

**Notice of Errata to Reply Brief of Appellants**

**For Appellees Environmental Protection Agency and Lisa P. Jackson:**

| | |
|---|---|
| Jennifer Scheller Neumann | John David Gunter, II |
| Jennifer.neumann@usdoj.gov | David.Gunter2@usdoj.gov |
| efile_app.enrd@usdoj.gov | efile_eds.enrd@usdoj.gov |

**For Appellees National Shooting Sports Foundation, Inc.:**

| | |
|---|---|
| Roger R. Martella, Jr. | Christopher L. Bell |
| rmartella@sidley.com | cbell@sidley.com |

**For Appellees American Battery Recyclers:**

| | |
|---|---|
| Michael Steven Snarr | Robert N. Steinwurtzel |
| msnarr@bakerlaw.com | rsteinwurtzel@bakerlaw.com |

**For Appellees Safari Club International and National Rifle Association, Inc.**

Anna Margo Seidman
aseidman@safariclub.org


DATED: March 19, 2014        BY:  __/s/_____
                                            Adam Keats