

**U.S. Department of Justice**

Environment and Natural Resources Division

90-5-1-4-19497

*Appellate Section*
*P.O. Box 7415*
*Washington, DC  20044*

*Telephone (202) 514-2767*
*Facsimile (202) 353-1873*

April 28, 2014

*Via electronic filing:*

Mr. Mark Langer, Clerk
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

Re: *Trumpeter Swan Society v. EPA*, D.C. Cir. No. 13-5228

Dear Mr. Langer,

I am lead counsel for the Federal Appellees in the above referenced case, which is currently awaiting oral argument before this Court.  I respectfully request that the Court avoid calendaring the case for oral argument on October 16 or 17, 2014.  All attorneys in my office are required at attend an all-day retreat on October 16 and 17, 2014.

If you need additional information, please do not hesitate to contact me. Thank you for your attention to this matter.

Sincerely,

s/ Jennifer Scheller Neumann
jennifer.neumann@usdoj.gov

**CERTIFICATE OF SERVICE**
**When All Case Participants are Registered for the**
**Appellate CM/ECF System**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on April 28, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Jennifer S. Neumann
JENNIFER SCHELLER NEUMANN
Environment & Natural Resources Div.
Department of Justice
Box 7415
Washington, D.C.  20044
(202) 514 2767
jennifer.neumann@usdoj.gov