| | |
|---|---|
| **No. 13-5228** | **September Term, 2014** |
| | 1:12-cv-00929-EGS |
| | Filed On: October 10, 2014 [1516747] |

Trumpeter Swan Society, et al.,

      Appellants

    v.

Environmental Protection Agency, et al.,

      Appellees

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 24, 2014, at 9:30 A.M.:

    Appellants   -   10 Minutes

    Appellees   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Tatel, Millett, and Pillard.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 17, 2014.

### **Per Curiam**

           FOR THE COURT:
           Mark J. Langer, Clerk

    BY:   /s/
           Michael C. McGrail
           Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)