United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 13-5228  September Term, 2014

1:12-cv-00929-EGS

Filed On: October 14, 2014 [1516830]

Trumpeter Swan Society, et al.,

    Appellants

  v.

Environmental Protection Agency, et al.,

    Appellees

## O R D E R

    It is **ORDERED**, on the court's own motion, that the court's October 10, 2014 order allocating oral argument time be amended to reflect that appellees may share its argument time with respondent-intervenors as they see fit. Only one counsel for intervenor will be permitted to argue.

**Per Curiam**

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

        BY:    /s/
                     Michael C. McGrail
                     Deputy Clerk