United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-5228 September Term, 2014

1:12-cv-00929-EGS

Filed On: October 24, 2014 [1518804]

Trumpeter Swan Society, et al.,

    Appellants

  v.

Environmental Protection Agency, et al.,

    Appellees

**BEFORE:** Circuit Judges Tatel, Millett, and Pillard

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on October 24, 2014 at 9:44 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

William J. Snape, III, counsel for Appellants.

Jennifer S. Neumann (DOJ), counsel for Appellees.

Christopher L. Bell, counsel for Intervenor.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Shana E. Thurman
Deputy Clerk