# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-5228**　　　　　　　　　　　　　　　**September Term, 2014**

**1:12-cv-00929-EGS**

**Filed On:** February 24, 2015

Trumpeter Swan Society, et al.,

    Appellants

  v.

Environmental Protection Agency, et al.,

    Appellees

**BEFORE:**　　Tatel, Millett, and Pillard, Circuit Judges

## O R D E R

Upon consideration of appellants' petition for panel rehearing filed on February 5, 2015, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                  FOR THE COURT:
                                  Mark J. Langer, Clerk

                BY:　　/s/
                       Jennifer M. Clark
                       Deputy Clerk